UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION DIVISION

IN RE:   CASE NO. 18-52048
         CHAPTER 13

Chad Steven Stern
Amber Elaine Watson-Stern   JUDGE C KATHRYN PRESTON

  DEBTORS   **NOTICE OF FINAL CURE PAYMENT**

Pursuant to Federal Rule of Bankruptcy Procedure 3002.1(f), the Chapter 13 Trustee, EDWARD A. BAILEY files this Notice of Final Cure Payment. The amount required to cure the default in the claim listed below has been paid in full.

**Name of Creditor:** Rushmore Loan Management

**Final Cure Amount**

| Court Claim # | Account Number | Claim Amount | Claim Allowed | Amount Paid |
|---|---|---|---|---|
| 8 | 3511 | $1,965.66 | $1,965.66 | $1,965.66 |
| Total Amount Paid by Trustee | | | | $1,965.66 |

**Monthly Ongoing Mortgage Payment**

Mortgage is Paid:

  **X**  Through April 2023 via conduit          ___  Direct by the Debtors

Within 21 days of the service of the Notice of Final Cure Payment, the creditor MUST file and serve a Statement as a supplement to the holder's proof of claim on the Debtors, Debtors' Counsel and the Chapter 13 Trustee, pursuant to Fed.R.Bank.P.3002.1(g), indicating 1) whether it agrees that the Debtors have paid in full the amount required to cure the default on the claim; and 2) whether the Debtors are otherwise current on all payments consistent with 11 U.S.C. § 1322(b)(5).

The statement shall itemize the required cure or post-petition amounts, if any, that the holder contends remain unpaid as of the date of the statement. The statement shall be filed as a supplement to the holder's proof of claim and is not subject to Rule 3001(f). Failure to notify may result in sanctions.

CASE NO. 18-52048

# CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Notice of Final Cure Payment was served on the parties listed below by ordinary U.S. Mail or served electronically through the Court's ECF System at the e-mail address registered with the Court on this 20th day of April, 2023.

Chad Steven Stern, Amber Elaine Watson-Stern, 4716 Jeannette Road, Hilliard, OH  43026-1616

ELECTRONIC SERVICE - Mark Albert Herder, 1031 East Broad Street, Columbus, OH  43205

Wells Fargo Home Mortgage, PO Box 10335, Des Moines, IA  50306

ELECTRONIC SERVICE - mmurtland@logs.com

ELECTRONIC SERVICE - bankruptcy@sottileandbarile.com

ELECTRONIC SERVICE - United States Trustee

Date:  April 20, 2023                                                                    /s/ EDWARD A. BAILEY
                                                                                         EDWARD A. BAILEY
                                                                                         Chapter 13 Trustee
                                                                                         550 Polaris Parkway
                                                                                         Suite 500
                                                                                         Westerville, OH  43082-7045